# EXHIBIT A

SHPO-2026-0078 (184880)

**Rec: 01-26-26**

U.S. Department of Homeland Security
Office of Chief Readiness
Support Officer
Springfield, VA 20598-0075



January 22, 2026

Ms. Katheryn Leonard
State Historic Preservation Officer
Arizona State Parks & Trails
1110 N. Washington St., Suite 100
Phoenix, AX 85007
Phone: (602) 542-4009
Email: azshpo@azstateparks.gov

> ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Leonard:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Surprise, Arizona (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 24.46-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379

The subject property is an existing warehouse constructed in 2024 (Figures 6–11). The adjacent parcels to the north, west, and south contain similar modern warehouses (Figures 12–14) as does a parcel to the east (Figure 15; see Figure 4). Further to the east, across N. Dysart Road, are residential structures that were constructed after 1992 (see Figure 5). The subject property and these adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

There is one previously recorded resource within 1.0 mile of the Project site; that is Resource AZ T:2:143(ASM), the Wickenburg to Dysart 69kV Transmission Line, which passes  approximately 200 feet to the north of the Project site along the south side of Waddell Road at the north edge of the APE (Figure 16). The transmission line was constructed in 1948 and subsequently has been determined eligible for the NRHP under Criterion A for its association with the electrification and development of west-central Arizona. Although Resource AZ:2:143(ASM) is situated within the Project APE, ICE has determined the Project will not alter its integrity of Location, Design, Setting, Materials, Workmanship, Feeling, and Association, and thus will have no effect on this resource.

There are no previously recorded archaeological sites on or adjacent to the property, and the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with  your office in accordance with 36CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the Arizona State Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Ak-Chin Indian Community, Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California; Fort McDowell Yavapai Nation, Arizona; Gila River Indian Community of the Gila River Indian Reservation, Arizona; Hopi Tribe of Arizona; Pascua Yaqui Tribe of Arizona; Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona; San Carlos Apache Tribe of the San Carlos Reservation, Arizona; Tohono O'odham Nation of Arizona, and White Mountain Apache Tribe of the Fort Apache Reservation, Arizona. ICE has not received any comments from any of the consulting parties at the time of this letter.

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Questions and written correspondence for this undertaking may be submitted to ICE Environmental staff via e-mail at ICESustainability@ice.dhs.gov. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 1. Project site location map.

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 2. Project site on USGS topographic map.

5

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 3. Aerial View of Project site.

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 4. Project site plan.

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 6. View of Property from northeastern corner, facing southwest.



Figure 7. View of Property from southwestern corner, facing northeast.

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 8. Southern elevation, facing east.



Figure 9. Eastern elevation, facing north.

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 10. Interior of office space.



Figure 11. Interior of warehouse space.

11

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 12. Northern adjoining industrial building.



Figure 13. Southern adjoining industrial buildings.

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 14. Western adjoining industrial building.



Figure 15. Eastern adjoining industrial buildings.

13

Re: ICE Phoenix Processing Center, 11290 West Sweetwater Avenue, Surprise, Arizona 85379



Figure 16. Location of Resource AZ T:2:143 (ASM) along Waddell Street and Dysart Road.

14