EXHIBIT B

Unofficial Document

AFTER RECORDING RETURN TO:
Department of Homeland Security
U.S. Immigration and Customs Enforcement Agency
Facilities Management Division
500 12th Street SW, Suite 3000
Washington, DC 20250
Attn: Tamim Chowdhury

17
Ga.

Tax Parcel No.: 501-36-932A
Title Insurer: Chicago Title Company

*This instrument is exempt pursuant to A.R.S. § 11-1134(A)(3)*

---

## GENERAL WARRANTY DEED

This General Warranty Deed, made January **23**, 2026, by **RG SURPRISE AZ LLC**, a Delaware limited liability company("**Grantor**"), whose street address is 1271 Avenue of the Americas, 24th Floor, New York, NY, in favor of **the United States of America and its assigns** ("**Grantee**"), whose street address is 500 12th Street SW, Suite 3000, Washington, D.C., 20536.

### WITNESSETH:

That for and in consideration of the sum of $70,035,000.00, cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor does hereby grant, bargain, sell and convey, and warrant in fee simple, with General Warranty, unto said Grantee, that certain property located in Maricopa County, Arizona, as is more particularly described on **Exhibit A** attached hereto, together with all rights, title, and interest of Grantor in and to any alleys, streets, ways, strips, or gores abutting or adjoining the land (collectively, the "**Property**"); subject to and with the benefit of all easements, restrictions, agreements, rights of way and reservations of record insofar as the same are now in force and affect the Property.

The acquiring federal agency is the Department of Homeland Security.

TO HAVE AND TO HOLD the Property, together with each and every title, right, privilege, appurtenance and advantage thereunto belonging, or in anywise appertaining, unto and for the use, benefit and behoof of Grantee, its successors and assigns, in fee simple forever.

SUBJECT TO: all reservations in patents; and all easements, rights-of-way, covenants, conditions, and other matters as may appear of record; all matters which could be determined by a visual inspection or a complete and accurate ALTA/NSPS survey of the Property.

And Grantor hereby binds itself and its successors to warrant and defend the title, subject to the matters above set forth.

### [SIGNATURE PAGES TO FOLLOW]

4897-2278-6954

IN WITNESS WHEREOF, Grantor has executed this deed as of the day and year set forth below.

GRANTOR:

RG SURPRISE AZ LLC, a Delaware limited liability company

By: _____

Name: James V. Camp

Title: Authorized Signatory

A notary public or other officer completing this certificate verifies only the identity of this individual who signed the document to which this certificate is attached, and not to the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          }
                             }ss
COUNTY OF ORANGE             }

On January 20, 2026, before me, Robbie P. Wittman Notary Public (here insert name and title of the officer), personally appeared James V. Camp, proved to me on the basis of satisfactory evidence to be the person whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

ROBBIE P. WITTMAN
Notary Public - California
Orange County
Commission # 2420463
My Comm. Expires Oct 10, 2026

(This area for official notarial seal)

4935-2294-8232

**Exhibit A to General Warranty Deed**

**Legal Description of the Property**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF MARICOPA, STATE OF ARIZONA AND IS DESCRIBED AS FOLLOWS:

Lot 32, AMENDED FINAL PLAT SURPRISE POINTE, according to the plat recorded in Book 984 of Maps, page 20 and Affidavit of Correction recorded in Recording No. 2008-0388669, records of Maricopa County, Arizona.

Unofficial Document

4897-2278-6954