# EXHIBIT C



**Countdown to America's 250th Anniversary!**

| 135 | 8 | 44 |
|---|---|---|
| Days | Hours | Minutes |

**NOTICE**    Due to the lapse in federal funding, this website will not be actively managed. Click here for more information.

U.S. Department of Homeland Security

# Early Notice and Public Review of a Proposed Activity in a 100- to 500-Year Floodplain – Surprise, Arizona

The Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), is issuing this notice in accordance with Executive Order 11988, Floodplain Management, as amended. ICE has determined that the Proposed Action, described below, is located within the FEMA Zone X (shaded) 100- to 500-year floodplain, which represents areas of moderate flood hazard between the 1-percent and 0.2-percent annual-chance flood limits. ICE reviewed practicable alternatives to avoid locating the proposed facility in the floodplain, assessed potential effects, and reduced potential effects on floodplain resources.

**Proposed Action**

ICE proposes to acquire, renovate, and occupy an existing warehouse at 13290 West Sweetwater Avenue, Surprise, Arizona, for use as a temporary detainee dormitory for individuals awaiting immigration proceedings. The 24.46-acre parcel is located in an established industrial area and includes a warehouse built in 2024. The site is largely impervious and already supported by roadway, utility, and drainage infrastructure, requiring only minor adjustments to accommodate operational needs.

Planned improvements may include, but are not limited to, interior renovations, upgrades to parking, utilities, and stormwater, installation of upgraded perimeter fencing, construction of outdoor recreation spaces on existing paved surfaces, and construction of a guard shack. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the parcel boundary.

**Floodplain Identification and Impact Mitigation**

The Federal Emergency Management Agency (FEMA) National Flood Hazard Layer and Flood Insurance Rate Map Panel 04013C1680L (effective October 16, 2013) indicates that the entire property lies within FEMA Flood Zone X (shaded). Shaded Zone X represents areas between the 100-year and 500-year flood boundaries and is mapped as a moderate flood hazard zone.

The building's finished floor elevation is approximately 1,148 feet, which is above the adjacent mapped base flood elevations of approximately 1,140 feet (south) and 1,144 feet (north). The finished floor elevation will remain above the applicable Base Flood Elevation in accordance with FEMA and Maricopa County requirements. No elevation changes or structural alterations affecting flood risk are planned.

Ground disturbance would be limited and would not change site drainage or floodplain characteristics. Installation of approximately 4,500 linear feet of upgraded perimeter security fencing will require shallow, localized trenching to accommodate both fence posts and the security fence. Excavation will be limited to the minimum depth necessary for proper anchoring and placement of these features. Final depths will be confirmed during detailed engineering; however, trenching for footers are anticipated to be two-to-three feet wide and roughly three to four feet deep All disturbed soils will be backfilled and compacted promptly to restore the original grade, and the fence will not include continuous footings or barriers that could impede overland flow or redirect surface water within the floodplain.

Minor excavation will also occur to install footing supports for recreation-area awnings. These footings involve small, localized excavations through existing paved surfaces, consistent with the scope and scale of ground disturbance associated with fencing upgrades. No grading or recontouring is required, and the small disturbance footprint keeps erosion potential low. Soils will be restored immediately, and construction staging will occur on paved areas; erosion and sediment controls are not expected to be necessary.

Existing stormwater infrastructure at the site is not expected to require modification at this time. Existing site drainage consists of sheet flow to on-site storm drains that discharge to three gravel detention basins equipped with drywells. Based on site conditions and preliminary engineering assessments, the system is expected to remain adequate for the proposed operational use. If final design identifies the need for minor stormwater improvements, such as localized replacement or upsizing of components, any such work would be limited in scale and would not alter drainage patterns, impervious area, basin capacity, or permitting requirements.

Potable water and sanitary sewer service are already sized for industrial-scale operations. Preliminary engineering review indicates that the existing sanitary sewer lateral is expected to have sufficient capacity to support the proposed operational use. If future utility modeling identifies the need for upgrades (e.g., upsizing of service laterals), such work would be minimal and occur entirely within previously disturbed areas.

Given the limited scope of site work, the absence of stormwater or grading changes, and the elevated finished-floor elevation, the Proposed Action would not affect floodplain hydrology or increase flood risk on or off the site.

**Alternatives**

In accordance with the National Environmental Policy Act (NEPA), and EO 11988, ICE evaluated several alternative locations, including properties at 13290 W Sweetwater Avenue in Surprise; 15784 W Hatcher Road in Waddell; 13543 W Northern Avenue in Glendale; 16500 W Glendale Avenue in Litchfield Park; 8016 E Pecos Road in Mesa; and the No Action Alternative, to determine whether reasonable options existed that would meet operational requirements while minimizing environmental and community impacts.

ICE identified the property at 13290 W Sweetwater Avenue, Surprise, Arizona, as the Preferred Alternative. This location consists of a newly constructed industrial facility requiring only limited interior modifications and minor exterior improvements. The site is located in an established industrial area with compatible surrounding land uses and includes existing utility, stormwater, and transportation infrastructure, thereby reducing the need for new ground disturbance. Its proximity to ICE's Area of Responsibility (AOR) reduces operational travel distances and associated environmental impacts.

The site at 15784 W Hatcher Road, Waddell, Arizona, was dismissed due to higher acquisition costs, greater distance from the Area of Responsibility (AOR), and reduced operational efficiency compared to the preferred site. The property at 13543 W Northern Avenue, Glendale, Arizona, was not selected due to its proximity to residential neighborhoods, which raised security and land-use compatibility concerns, and ownership conditions that complicate federal acquisition. The location at 16500 W Glendale Avenue, Litchfield Park, Arizona, was not selected because shared access and circulation constraints with adjacent properties limited operational functionality and site security. The site at 8016 E Pecos Road, Mesa, Arizona, was removed from consideration due to insufficient site separation from neighboring buildings, ownership uncertainties regarding long-term availability, and reduced operational suitability compared to the Preferred Alternative.

Under the No Action Alternative, ICE would continue to rely on existing facilities that lack sufficient capacity and do not meet current operational requirements. This alternative would not support federal mission needs or provide a viable long-term solution and could result in continued operational inefficiencies and additional impacts associated with outdated infrastructure. As such, the No Action Alternative was dismissed.

Based on this evaluation, ICE determined that the Preferred Alternative at 13290 W Sweetwater Avenue best meets operational needs while minimizing environmental, community, and security impacts. As stated previously, the Proposed Action is not anticipated to impact the floodplain.

**Comment**

There are three primary purposes for this notice. First, people who may be affected by activities in floodplains, as well as those interested in protecting the natural environment, should be given an opportunity to express their concerns and provide information about these areas. Second, an adequate public notice program can be an important public educational tool. The dissemination of information about floodplains can facilitate and enhance Federal efforts to reduce the risks associated with the occupancy and modification of these special areas. Third, as a matter of fairness, when the Federal government determines it will participate in actions taking place in floodplains, it must inform those who may be put at greater or continued risk.

Any individual, group, or agency wishing to comment on the project may do so via email at icesustainability@ice.dhs.gov (mailto: icesustainability@ice.dhs.gov). Comments must be received by the Department of Homeland Security (DHS) on or before Friday, January 19, 2026.

**Keywords**

ASSESSMENT (/KEYWORDS/ASSESSMENT)     AWARENESS (/KEYWORDS/AWARENESS)

Last Updated: 02/12/2026