# EXHIBIT E

# Congress of the United States

## Washington, DC 20515

February 5, 2026

Honorable Kristi Noem
Secretary
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue SE
Washington, DC 20528

Todd Lyons
Acting Director
U.S. Immigration & Customs Enforcement
500 12th Street SW
Washington, D.C. 20536

Dear Secretary Noem and Acting Director Lyons:

We write as members of the Arizona congressional delegation regarding the Department of Homeland Security's (DHS) recent purchase of a large warehouse facility in Surprise, Arizona, for use by U.S. Immigration and Customs Enforcement (ICE).

According to Maricopa County property records and public reporting, DHS purchased a 418,400 square-foot facility near Waddell Road and Dysart Road in Surprise, Arizona, for approximately $70 million in cash. ICE has since confirmed that the facility will be used as a processing and detention center with around 1,500 beds. Local officials have stated publicly that the city was not informed of the purchase in advance and remains without basic information about the facility's intended use, timeline, and impacts.

This transaction has generated substantial concern in the community. Given the scale of the purchase and the lack of notice to local officials, we request written responses to the following questions.

**Authority, approvals, and process**

1. Identify the specific statutory and regulatory authority DHS relied upon to purchase this property, including any delegations, determinations, or waivers used for this transaction.
2. Provide the acquisition timeline, including the dates the property was first identified, when DHS made the decision to pursue this site, when funds were obligated, and the closing date.
3. Identify the DHS and ICE officials and components that approved the site selection and purchase, and describe the internal review process that occurred before obligating approximately $70 million in taxpayer funds.
4. Describe what due diligence and price analysis supported the purchase price, including whether DHS obtained an independent appraisal, reviewed comparable sales, or otherwise validated fair market value.

**Notice, coordination, and community impacts**

5. Describe whether DHS or ICE provided advance notice of the planned purchase to the City of Surprise, Maricopa County, or neighboring jurisdictions. If not, explain why advance coordination did not occur and identify who made that decision.
6. Identify DHS or ICE points of contact for the City of Surprise and neighboring jurisdictions, and describe DHS's plan and schedule for ongoing coordination with local officials about this property, including law enforcement, fire, and emergency medical services.

**Facility purpose and operational footprint**

7. Confirm the intended use of the facility and provide the expected average length of stay for individuals held there.

8.  Provide the anticipated operational start date and the planned staffing model for a 1,500 bed operation, including whether contractors will operate or support facility functions.

**Environmental review and siting impacts**

9.  Identify the National Environmental Policy Act pathway DHS used for this project, including whether DHS prepared an environmental assessment or environmental impact statement, or relied on a categorical exclusion. Provide the determination and supporting documentation.
10. Describe DHS's plans to mitigate local impacts associated with a 1,500 bed detention operation at this location, including traffic and transportation activity, emergency response needs, medical care capacity, and conditions of confinement within a warehouse setting.

The federal government has the authority to carry out its responsibilities, but that authority does not eliminate the obligation to act transparently and responsibly, particularly when major federal actions directly affect local communities. At present, local officials and residents are being asked to accept a significant federal facility with minimal information and no meaningful advance notice.

We request a written response no later than fifteen (15) days from the date of this letter. We also request a briefing for members of the Arizona congressional delegation and relevant local officials as soon as possible.

Thank you for your prompt attention to this matter. We look forward to your response.

Sincerely,

Greg Stanton
Member of Congress

Yassamin Ansari
Member of Congress

Adelita S. Grijalva
Member of Congress