EXHIBIT F



**KRIS MAYES**
ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL
STATE OF ARIZONA

February 9, 2026

The Honorable Kristi Noem
Secretary
U.S. Department of Homeland Security
300 7th St S.W.
Washington, D.C.


Dear Secretary Noem,

I write regarding public reports that the Department of Homeland Security's (DHS) recently purchased a large warehouse in Surprise, Arizona, for use as a U.S. Immigration and Customs Enforcement (ICE) processing and detention facility for 1,500 migrants. The 418,000 square foot warehouse near the intersection of Sweetwater Avenue and Dysart Road is located just 300 yards from residential homes and just over a mile away from a high school with a large Hispanic population and a preschool with afterschool programs for children under twelve.

Local officials have stated publicly that the city was not informed of the purchase in advance and remains without basic information about the facility's intended use, timeline, and impacts.[1] A Surprise City Council meeting on February 3, 2026, confirmed that City residents remain in the dark regarding DHS's plans and have grave concerns regarding the proposed facility. At the meeting, over eighty residents spoke at length of the project's harm to their community given the facility's proximity to local schools, its likely strain upon municipal services, including fire prevention, water, wastewater, trash and emergency medical response, and the long-term impacts of the facility upon property values and local economic development.

Many federal, state and local environmental laws and regulations apply to the construction and operation of facilities similar to the proposed ICE detention facility. As Arizona's top law enforcement officer, I have authority to compel the abatement of activities considered a public nuisance due to being "injurious to health, indecent, offensive to the senses or an obstruction to the free use of property that interferes with the comfortable enjoyment of life or property by an entire community or neighborhood or by a considerable number of persons." A.R.S. 13-2917. I note with approval your statement on the DHS website, that "through technical support, training, and oversight, DHS limits liability by *ensuring continuous compliance with*

---

[1] City of Surprise, AZ, "A Statement from the City of Surprise," Jan 30, 2026, https://surpriseaz.gov/1155/City-News?contentId=2a6d02c6-8bb9-4a6f-b2b4-9734b84b929a.

*federal, state, and local laws and regulations, in the operation of DHS facilities* and the execution of mission essential functions."[2]

Prior to the starting any construction or operational activities, DHS must answer basic questions about the use of the facility and its impacts upon the local community. In seeking such information in this letter, I join the bipartisan chorus of federal lawmakers, in particular U.S. Representatives Paul Gosar (R-AZ-9),[3] Yassamin Ansari (D-AZ-3), Greg Stanton (D-AZ-4), and Adelita Grijalva (D-AZ-7),[4] who have demanded answers from your office regarding the planned facility.

Accordingly, I request your Office provide written responses to the following questions regarding the proposed ICE detention facility in Surprise, Arizona, no later than February 17, 2026:

1. Copies of all DHS responses to the fifteen (15) questions posed by U.S. Representative Paul Gosar in a letter to Secretary Kristi Noem dated February 4, 2026.
2. Copies of all DHS responses to the ten (10) questions posed by U.S. Representatives Yassamin Ansari, Greg Stanton, and Adelita Grijalva in a letter to Secretary Kristi Noem dated February 5, 2026.
3. Details regarding all measures DHS will put in place to ensure the construction associated with the conversion of the warehouse to an ICE detention center and the operation of the center will not interfere with the functioning of any nearby school or the health and safety of their students, including that of the Dysart High School, whose student population, according to the National Center for Education Statistics, is over 60 percent Hispanic.
4. Details regarding all vehicular traffic occasioned by any construction associated with converting the warehouse to an ICE detention center and the operation of the center, including the number of vehicular trips, the roads to be used, the type and estimated number of vehicles, the days of the week and time of day of vehicular trips, and the estimated amount of pollutants, dust and noise that will accompany the vehicle traffic to and from the facility.
5. Details regarding noise impacts from the planned facility, including during the construction and operational phases, and including whether such lighting would be in compliance with City and County lighting requirements, if applicable.
6. Details regarding outdoor lighting from the planned facility, the hours outdoor lighting will be present, including whether such lighting would be in compliance with City and County lighting requirements, if applicable.

---

[2] U.S. Department of Homeland Security, Environment and Energy at DHS, https://www.dhs.gov/ocrso/eed#:~:text=DHS's%20environmental%20planning%20responsibilities%20include:%20*%20Analyzing,federal%2C%20state%2C%20and%20local%20laws%20and%20regulations (emphasis added).

[3] Letter from the Hon Paul Gosar to DHS Secretary Krisi Noem, Feb, 4, 2026 (demanding DHS's response to a list of 15 questions within 10 days).

[4] Letter from the Hons. Yassamin Ansari, Greg Stanton, and Adelita Grijalva, Feb. 5, 2026 (demanding DHS's response to a list of 10 questions with 15 days).

7. Details regarding the amount of water that will be needed for all uses associated with the construction and operational phases of the proposed facility, the projected source of the water, and the impacts of the facility's water demand upon competing demands for water locally.
8. Details regarding the generation and disposal of all liquid and solid waste from the facility during the construction and operational phases of the project, including the expected amounts of each type of waste and whether hazardous and/or non-hazardous, how it will be disposed of, where, and all steps that will be taken by DHS to prevent such disposal from interfering with existing waste disposal services in Surprise, Arizona.
9. Details regarding DHS's plans to ensure all persons housed or working at the proposed facility are provided adequate medical care, including mental health services, through on-site and off-site medical clinics, offices, and hospitals, as well as the emergency response personnel and funding that will be available to guarantee that such medical care is readily accessible to those in need of such care.
10. Details regarding all other impacts to local municipal and county services, including fire, law enforcement and emergency response that will be occasioned by the proposed conversion of a warehouse into an ICE detention center and the operation of the center.

Thank you for your prompt response to this request.

Sincerely,

Kris Mayes
Attorney General