EXHIBIT H

Case 2:26-cv-02857-SMB   Document 1-9   Filed 04/24/26   Page 2 of 9



An official website of the United States government

Here's how you know ⌄

**USASPENDING.gov**

☰

# Delivery Order (DO)



AWARD PROFILE
## Contract Summary

⤴

**Awarding Agency**

## Department of Homeland Security (DHS)

**Recipient**

## GARDAWORLD FEDERAL SERVICES LLC

1700 N MOORE ST STE 1875
ARLINGTON, VA 22209-1913
UNITED STATES

Congressional District: VA-08 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_N0002325D0032_9700

**Dates** ⓘ



**Today**

| | |
|---|---|
| Start Date | Mar 06, 2026 |
| Current End Date | Mar 05, 2027 |

Case 2:26-cv-02857-SMB   Document 1-9   Filed 04/24/26   Page 3 of 9

SUBCONTRACT | GARDA WORLD FEDERAL SERVICES LLC | USAspending

Potential End Date                                                Feb 17, 2029

## $ Award Amounts   ⓘ

**$313.4 Million**
Obligated Amount

**$313.4 Million**
Current Award Amount

**$704.1 Million**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $313,357,612.46 |
| Current Award Amount | $313,357,612.46 |
| Potential Award Amount | $704,091,073.00 |

 View Transaction History

## 💬 Description   ⓘ

Case 2:26-cv-02857-SMB   Document 1-9   Filed 04/24/26   Page 4 of 9

THIS TASK ORDER IS TO PROCURE THE RENOVATION OF EXISTING, ICE-OWNED PERMANENT STRUCTURE IN SUPRISE, AZ TO SERVE AS A PROCESSING AND DETENTION FACILITY AND PROVIDE ALL NECESSARY WRAPAROUND SERVICES FOR OPERATION...

read more

**North American Industry Classification System (NAICS)  Code**

54 : Professional, Scientific, and Technical Services

5416: Management, Scientific, and Technical Consulting Services

**541614: Process, Physical Distribution, and Logistics Consulting Services**

**Product or Service Code  (PSC)**

SERVICES

S: UTILITIES AND HOUSEKEEPING

S2: HOUSEKEEPING SERVICES

**S206: HOUSEKEEPING- GUARD**

📈 Contract Activity                                                                ⓘ



## Federal Accounts

⚠ **This award has not been linked to any federal account.**

## Award History

⊞ View transactions table

| Transaction History 1 | Sub-Awards 0 | Federal Account Funding 0 |

| Modification Number | Action Date | Amount | Action Type | Tran |
|---|---|---|---|---|
| 0 | 03/06/2026 | $313,357,612 | -- | THIS RENPER SER FAC WRA THE read |

< **1** >

1-1 of 1 results

## ℹ Additional Information

Expand All

🔍 Unique Award Key   ›

🏛 Agency Details   ›

⛓ Parent Award Details   ›

📍 Place Of Performance   ⌄

| | |
|---|---|
| Address | ARLINGTON, VA 22209-1916<br>UNITED STATES |
| Congressional District | VA-08 ⓘ |

📅 Period Of Performance   ⌄

| | |
|---|---|
| Start Date | 03/06/2026 |
| End Date | 03/05/2027 |
| Potential End Date | 02/17/2029 |

✏ Legislative Mandates   ›

🏢 Recipient Details   ⌄

| | |
|---|---|
| Recipient | GARDAWORLD FEDERAL SERVICES LLC |
| Recipient Identifier | FJLMN2N34M93 (UEI 📄 ) |
| Parent Recipient | BC PARTNERS LLP |
| Parent Recipient Identifier | HT6WN7A8D2P3 (UEI 📄 ) |
| Recipient Address | 1700 N MOORE ST STE 1875<br>ARLINGTON, VA 22209-1913<br>UNITED STATES |
| Congressional District | VA-08 ⓘ |
| Business Types | Category Business<br>Limited Liability Corporation<br>Not Designated a Small Business<br>Partnership or Limited Liability Partnership<br>Special Designations |

U.S.-Owned Business

🏷️ **Acquisition Details**  ❯

📊 **Competition Details**  ⌄

| | |
|---|---|
| Solicitation ID | 70CDCR26R00000008 |
| Solicitation Procedures | MAFO: SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY |
| Number of Offers Received | 6 |
| Extent Competed | A: FULL AND OPEN COMPETITION |
| Other Than Full and Open Competition | -- |
| Set-Aside Type | -- |
| Commercial Item Acquisition Procedures | D: COMMERCIAL PRODUCTS/SERVICES PROCEDURES NOT USED |
| Simplified Procedures for Certain Commercial Items | NO |
| Evaluated Preference | NO PREFERENCE USED |
| Fed Biz Opps | NOT APPLICABLE |
| Small Business Competitiveness Demonstration Program | FALSE |

••• **Additional Details**  ❯

👤 **Executive Compensation**  ❯

## Stay in touch

### Your USAspending ideas

Case 2:26-cv-02857-SMB    Document 1-9    Filed 04/24/26    Page 8 of 9

We're looking for your ideas! Tell us what you want to see on USAspending.gov.

**Tell Us** →

## How to search USAspending.gov

Learn how you can search for federal spending in your area with our new Featured Content.

**Learn More** →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up** →



# Building a more transparent government.

Providing publicly accessible and searchable data on what the federal government spends each year.

**ABOUT**

Mission

**HELP**

FAQs

Community

Email Us

**RELATED SITES**

Fiscal Data

Bureau of the Fiscal Service

Case 2:26-cv-02857-SMB Document 1-9 Filed 04/24/26 Page 9 of 9

    

Accessibility

|

Privacy Policy

|

Freedom of Information Act

|

D&B Information

© 2026 USAspending.gov