EXHIBIT J

