## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ARZONA

STATE OF ARIZONA,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　Case No. 2:26-cv-2857-SMB
MARKWAYNE MULLIN, et al.,　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　)

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT

Defendants respectfully move for an extension of time, through and including July 13, 2026, to answer or otherwise respond to Plaintiff's Complaint. Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend a deadline for good cause when the request is made before the existing deadline expires. Good cause exists here because the parties are actively negotiating a stipulation that, if finalized and approved by the Court, would defer preliminary-injunction briefing pending completion of the environmental-assessment decision process and hold Defendants' responsive-pleading deadline in abeyance pending further order.

The requested extension will allow the parties to continue those negotiations without requiring responsive-pleading motion practice while the contemplated stipulation remains under discussion. The requested extension is limited and will conserve the resources of the parties and the Court. Plaintiff has consented to this request.

Accordingly, Defendants respectfully request that the Court extend their deadline to answer or otherwise respond to the Complaint through and including July 13, 2026.

1

Dated: June 15, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATT SEAMON
Assistant Director

KRYSTAL-ROSE PEREZ
SUSAN ANSARI
Trial Attorneys

Respectfully submitted,

/s/ *Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*