**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Joshua D. Bendor (Bar No. 031908)
Nathan T. Arrowsmith (Bar No. 031165)
Joshua A. Katz (Bar No. 039449)
Josh Lefkow (Bar No. 041312)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Nathan.Arrowsmith@azag.gov
Joshua.Katz@azag.gov
Joshua.Lefkow@azag.gov
ACL@azag.gov

*Attorneys for Plaintiff State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | No. 2:26-cv-02857-SMB |
| Plaintiff, | |
| v. | **JOINT STIPULATED MOTION TO STAY CASE AND DEFER PRELIMINARY INJUNCTION BRIEFING** |
| Markwayne Mullin, Secretary of Homeland Security, sued in his official capacity; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; and Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, sued in his official capacity, | |
| Defendants. | |

Plaintiff State of Arizona and Defendants Markwayne Mullin, United States Department of Homeland Security, United States Immigration and Customs Enforcement, and Todd Lyons (collectively, the "Parties"), have stipulated and agreed to stay this case and defer briefing on Plaintiff's anticipated motion for a preliminary injunction on the terms set forth in the Parties' Proposed Stipulated Order, which is filed concurrently with this stipulated motion and is incorporated by reference. The Parties respectfully request that the Court grant this stipulated motion and enter the Proposed Stipulated Order because it will promote judicial economy and conserve judicial resources.

RESPECTFULLY SUBMITTED this 30th day of June, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**


By /s/ *Nathan T. Arrowsmith*
Joshua D. Bendor
Nathan T. Arrowsmith
Joshua A. Katz
Josh Lefkow
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592

*Attorneys for Plaintiff State of Arizona*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATT SEAMON
Assistant Director

KRYSTAL-ROSE PEREZ
JULIAN M. KURZ
Trial Attorneys

By /s/ *Susan Ansari*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice

1

Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5537
Susan.ansari2@usdoj.gov

*Counsel for Defendants*