**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF ARZONA**

| | |
|---|---|
| STATE OF ARIZONA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Defendants. | Case No. 2:26-cv-2857-SMB |

**DEFENDANTS' STATUS REPORT**

Pursuant to Paragraph 6 of the Court's June 11, 2026 Stipulated Order, Defendants respectfully submit this status report regarding the environmental-review process for the Surprise Facility.

U.S. Immigration and Customs Enforcement has retained a contractor to assist with the environmental review and has begun working with the contractor, including through an introductory meeting. The environmental review remains ongoing. Defendants will continue to provide status reports every sixty days as required by the Court's Order.

Dated: September 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATT SEAMON
Assistant Director

KRYSTAL-ROSE PEREZ
SUSAN ANSARI
Trial Attorneys

/s/ *Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*