**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF ARZONA**

| | |
|---|---|
| STATE OF ARIZONA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Defendants. | Case No. 2:26-cv-2857-SMB |

**DEFENDANTS' STATUS REPORT**

Pursuant to Paragraph 6 of the Court's June 11, 2026 Stipulated Order, Defendants respectfully submit this status report regarding the environmental-review process for the Surprise Facility. Since Defendants' previous status report, U.S. Immigration and Customs Enforcement (ICE)'s contractor has prepared a draft environmental assessment (EA) addressing the proposed retrofitting and use of the Surprise Facility as an immigration detention center. ICE is reviewing the draft EA, and the environmental-review process remains ongoing. No final EA or associated agency decision document has been issued. Defendants will continue to provide status reports every sixty days as required by the Court's Order.

Dated: November 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATTHEW P. SEAMON
Assistant Director

KRYSTAL-ROSE PEREZ
SUSAN ANSARI
Trial Attorneys

/s/ *Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*